IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARGERY A. CARRASCO,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **THE LINCOLN NATIONAL LIFE** ) <br> **INSURANCE COMPANY,** ) <br> ) <br> **Defendant.** ) | **CIVIL ACTION NO.:** <br> **4:16-CV-00520** |

## ORDER OF DISMISSAL

**WHEREFORE**, Plaintiff, Margery A. Carrasco, and Defendant, The Lincoln National Life Insurance Company, have filed a Joint Stipulation of Dismissal with Prejudice, it is hereby

**ORDERED, ADJUDGED and DECREED** that all claims of the Plaintiff against the Defendant in the above styled action are hereby dismissed with prejudice, each party to bear its own costs.

**DONE AND ORDERED** this ___ day of _____, 2016.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

1

1/4018516.1